# In the United States Court of Federal Claims

No. 20-1033 T
Filed: October 29, 2020

|  |  |
|---|---|
| NEIL I. GURFEIN<br>VICTORIA GURFEIN,<br><br>    Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Plaintiffs filed a complaint in this matter on August 7, 2020. (ECF 1). Defendant's responsive pleading is due on December 7, 2020, pursuant to the Court's Order dated September 29, 2020. (ECF 7). On October 7, 2020, plaintiffs notified defendant's counsel via email that plaintiffs wished to voluntarily dismiss their Complaint and would be filing a notice of dismissal without prejudice. Defendant's counsel received Petitioners' Motion for Notice of Dismissal via U.S. Mail on October 20, 2020. (ECF 10). Because plaintiffs did not file their Notice of Dismissal with the Court, defendant filed it as an exhibit to a status report filed on October 28, 2020. (ECF 10).

The Court will treat Plaintiffs' Motion for Notice of Dismissal as a motion pursuant to Rule 41(a)(1)(A)(i) of the Rules of the U.S. Court of Federal Claims.[1] Plaintiffs' motion for dismissal without prejudice is **GRANTED** and plaintiffs' Complaint is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to take the necessary steps to dismiss this matter.

  **IT IS SO ORDERED.**

                  /s/ Edward H. Meyers
                  Edward H. Meyers,
                  Judge

---

[1] Defendant's Answer is due December 7, 2020.